

RECEIVED
MAY 19 2021
CLERK OF DISTRICT COURT
SOUTHERN DISTRICT OF IOWA

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Criminal No. 4:21 |
| | ) | |
| v. | ) | INDICTMENT |
| | ) | |
| RAEKWON MALIK PATTON, | ) | T. 18 U.S.C. § 2 |
| also known as, "Kwon", | ) | T. 18 U.S.C. § 922(g)(1) |
| also known as, "Nutt", | ) | T. 18 U.S.C. § 922(g)(3) |
| FABRECE JAMAR BOWER TURNER, | ) | T. 18 U.S.C. § 922(k) |
| also known as, "Fab", | ) | T. 18 U.S.C. § 924(a)(1)(B) |
| also known as, "Vell", | ) | T. 18 U.S.C. § 924(a)(2) |
| BRADEN CRAIG SHAFER, | ) | T. 18 U.S.C. § 924(c)(1)(A)(iii) |
| also known as, "Stickup", | ) | T. 18 U.S.C. § 924(d) |
| AUSTIN JAMES MALLORY, | ) | T. 18 U.S.C. § 1512(a) |
| YURI PERREN GREEN, JUNIOR, | ) | T. 18 U.S.C. § 1512(b)(1) |
| also known as, "YG", | ) | T. 18 U.S.C. § 1512(b)(2) |
| JORDAN MARIE WILKERSON, | ) | T. 18 U.S.C. § 1959(a)(5) |
| | ) | T. 28 U.S.C. § 2461(c) |
| Defendants. | ) | |

**THE GRAND JURY CHARGES:**

Introduction

The Enterprise

1. At various times relevant to this Indictment, the defendants, RAEKWON MALIK PATTON, also known as "Kwon" and "Nutt", FABRECE JAMAR BOWER TURNER, also known as "Fab" and "Vell", BRADEN CRAIG SHAFER, also known as "Stickup", AUSTIN JAMES MALLORY, YURI PERREN GREEN, JUNIOR, also known as "YG", JORDAN MARIE WILKERSON, and others known and unknown to the Grand Jury, were members and associates of a criminal organization known as Only the Brothers ("OTB"), whose members and associates engaged in acts of violence, including acts involving murder and assault, narcotics

1

distribution, and other criminal activities, and which operated principally in the Des Moines, Iowa, area.

2. OTB, including its leadership, its membership, and its associates constituted an "enterprise," as defined by Title 18, United States Code, Section 1959(b)(2), that is, a group of individuals associated in fact, that engaged in, and the activities of which, affected interstate and foreign commerce. The enterprise constituted an ongoing organization whose members functioned as a continuing unit for a common purpose of achieving the objectives of the enterprise.

3. At various times relevant to this Indictment, the enterprise, through its members and associates, engaged in racketeering activity as defined in Title 18, United States Code, Sections 1959(b)(1) and 1961(1), namely offenses involving the felonious manufacture, importation, receiving, concealment, buying, selling, and otherwise dealing in controlled substances, in violation of Title 21, United States Code, Sections 841 and 846; and acts involving murder in violation of the laws of state of Iowa.

## Purposes of the Enterprise

4. The principal purposes and objectives of the enterprise are to distribute controlled substances, obtain money and things of value, and earn and maintain respect in the neighborhood. To achieve those purposes and objectives, members of the enterprise committed acts involving murder, threatened to commit acts of violence, and trafficked in controlled substances. The enterprise and its members also sought to:

a. Enrich members and associates of OTB through, among other things, the distribution of controlled substances, including marijuana.

b. Preserve and protect the power, territory, and profits of the enterprise through the use of intimidation, violence, threats of violence, and acts involving murder.

c. Promote and enhance the enterprise and its members' and associates' activities.

d. Keep victims and witnesses in fear of the enterprise and in fear of its members and associates through threats of violence.

e. Provide support to gang members who were charged with, or incarcerated for, gang-related activities.

f. Prevent and retaliate against acts of violence perpetrated against the enterprise, its members, and their associates.

g. Commit acts of violence against members and associates of rival gangs known as C-Block and C-Block-affiliated street gangs, as well as other rivals, and to retaliate against acts of violence perpetrated against the enterprise, its members and associates, by C-Block and C-Block-affiliated street gang members and associates and other rivals.

## Means and Methods

5. Among the means and methods by which the members and the associates of the enterprise conducted and participated in the conduct of the affairs of the enterprise were the following:

    a. Members and associates of the enterprise operated and conducted their affairs through a series of rules and policies.

    b. Members and associates of the enterprise initiated new members through the practice of having them discharge a firearm at, and hit, another person.

    c. Members and associates of the enterprise managed the procurement, transfer, use, concealment, and disposal of firearms and dangerous weapons within the enterprise to protect gang-related personnel and operations, and to deter, eliminate, and retaliate against competitors and other rival street gangs and persons.

    d. Members and associates of the enterprise recruited and used juveniles to commit acts for the benefit of the enterprise.

    e. Members and associates of the enterprise agreed to distribute and distributed quantities of marijuana.

    f. Members and associates of the enterprise agreed, planned, and conspired to commit acts of violence and shootings, including acts involving murder, against C-Block and C-Block-affiliated gang members and associates.

    g. Members and associates of the enterprise used, carried, and possessed firearms.

5

      h.     Members and associates of the enterprise represented themselves to be and identified themselves as gang members of the OTB Street Gang in order to intimidate victims and rivals, and in order to enhance their street credibility.

      i.     Members and associates of the enterprise promoted a climate of fear through violence and threats of violence.

      j.     Members and associates of the enterprise showed their membership by using a set of hand-signs and also used distinct hand gestures to disrespect rival gang members. Members and associates of the enterprise used symbols such as the five-pointed crown and referred to some members as "King" or "Lord."

      k.     Members and associates of the enterprise utilized the colors black and yellow, and occasionally red, to represent their association with the enterprise.

**THE GRAND JURY FURTHER CHARGES:**

## COUNT 1
### (Attempted Murder in Aid of Racketeering)

Paragraphs 1 through 5 of the Introduction of this Indictment are incorporated herein.

On or about May 6, 2020, in the Southern District of Iowa, for the purpose of maintaining and increasing position in the OTB Street Gang, an enterprise engaged in racketeering activity, the defendants, BRADEN CRAIG SHAFER, also known as "Stickup", and FABRECE JAMAR BOWER TURNER, also known as "Fab" and "Vell", together with others known and unknown to the Grand Jury, attempted to murder A.A. and M.S., in violation of Iowa Code, Sections 707.11 and 703.1, and aided and abetted the same.

This is a violation of Title 18, United States Code, Sections 1959(a)(5) and 2.

**THE GRAND JURY FURTHER CHARGES:**

## COUNT 2
### (Use, Carry, and Discharge a Firearm During and In Relation to a Crime of Violence)

On or about May 6, 2020, in the Southern District of Iowa, the defendants, BRADEN CRAIG SHAFER, also known as "Stickup", and FABRECE JAMAR BOWER TURNER, also known as "Fab" and "Vell", knowingly used, carried, and discharged a firearm during and in relation to a crime of violence for which they may be prosecuted in a court of the United States, that is, attempted murder in aid of racketeering, as charged in Count 1 of the Indictment, and aided and abetted the same.

This is a violation of Title 18, United States Code, Sections 924(c)(1)(A)(iii) and 2.

**THE GRAND JURY FURTHER CHARGES:**

## COUNT 3
**(Felon in Possession of a Firearm)**

From on or about May 6, 2020, and continuing until on or about May 14, 2020, in the Southern District of Iowa, the defendant, FABRECE JAMAR BOWER TURNER, also known as "Fab" and "Vell", in and affecting commerce, knowingly possessed a firearm, namely: a loaded Hi-Point, model C9, nine-millimeter pistol, with a removed, altered, or obliterated serial number. At the time of the offense, the defendant knew he had been convicted of a crime punishable by imprisonment for a term exceeding one year.

This is a violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(2).

**THE GRAND JURY FURTHER CHARGES:**

<u>**COUNT 4**</u>
**(Attempted Murder in Aid of Racketeering)**

Paragraphs 1 through 5 of the Introduction of this Indictment are incorporated herein.

On or about May 10, 2020, in the Southern District of Iowa, for the purpose of maintaining and increasing position in the OTB Street Gang, an enterprise engaged in racketeering activity, the defendants, AUSTIN JAMES MALLORY, BRADEN CRAIG SHAFER, also known as "Stickup", and RAEKWON MALIK PATTON, also known as "Kwon" and "Nutt", together with others known and unknown to the Grand Jury, attempted to murder R.N. and A.D., in violation of Iowa Code, Sections 707.11 and 703.1, and aided and abetted the same.

This is a violation of Title 18, United States Code, Sections 1959(a)(5) and 2.

**THE GRAND JURY FURTHER CHARGES:**

## COUNT 5
### (Use, Carry, and Discharge a Firearm During and In Relation to a Crime of Violence)

On or about May 10, 2020, in the Southern District of Iowa, the defendants, AUSTIN JAMES MALLORY, BRADEN CRAIG SHAFER, also known as "Stickup", and RAEKWON MALIK PATTON, also known as "Kwon" and "Nutt", knowingly used, carried, and discharged a firearm during and in relation to a crime of violence for which they may be prosecuted in a court of the United States, that is, attempted murder in aid of racketeering, as charged in Count 4 of the Indictment, and aided and abetted the same.

This is a violation of Title 18, United States Code, Sections 924(c)(1)(A)(iii) and 2.

**THE GRAND JURY FURTHER CHARGES:**

## COUNT 6
### (Felon in Possession of a Firearm)

On or about May 10, 2020, in the Southern District of Iowa, the defendant, RAEKWON MALIK PATTON, also known as "Kwon" and "Nutt", in and affecting commerce, knowingly possessed a firearm, namely: a loaded Smith and Wesson, model 4053 TSW, .40 caliber pistol, with serial number MSE8831. At the time of the offense, the defendant knew he had been convicted of a crime punishable by imprisonment for a term exceeding one year.

This is a violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(2).

**THE GRAND JURY FURTHER CHARGES:**

<u>**COUNT 7**</u>
**(Unlawful User in Possession of a Firearm)**

From on or about May 6, 2020, and continuing until on or about May 10, 2020, in the Southern District of Iowa, the defendant, BRADEN CRAIG SHAFER, also known as "Stickup", in and affecting commerce, knowingly possessed a firearm, namely: a loaded Smith and Wesson, model Airweight, .38 caliber special, revolver, with serial number BND4471. At the time of the offense, the defendant knew he was an unlawful user of or addicted to a controlled substance.

This is a violation of Title 18, United States Code, Sections 922(g)(3) and 924(a)(2).

**THE GRAND JURY FURTHER CHARGES:**

<u>**COUNT 8**</u>
**(Attempted Murder in Aid of Racketeering)**

Paragraphs 1 through 5 of the Introduction of this Indictment are incorporated herein.

On or about May 10, 2020, in the Southern District of Iowa, for the purpose of maintaining and increasing position in the OTB Street Gang, an enterprise engaged in racketeering activity, the defendants, FABRECE JAMAR BOWER TURNER, also known as "Fab" and "Vell", YURI PERREN GREEN, JUNIOR, also known as, "YG", and JORDAN MARIE WILKERSON, together with others known and unknown to the Grand Jury, attempted to murder F.A., in violation of Iowa Code, Sections 707.11 and 703.1, and aided and abetted the same.

This is a violation of Title 18, United States Code, Sections 1959(a)(5) and 2.

**THE GRAND JURY FURTHER CHARGES:**

**COUNT 9**
**(Use, Carry, and Discharge a Firearm**
**During and In Relation to a Crime of Violence)**

On or about May 10, 2020, in the Southern District of Iowa, the defendants, FABRECE JAMAR BOWER TURNER, also known as "Fab" and "Vell", YURI PERREN GREEN, JUNIOR, also known as, "YG", and JORDAN MARIE WILKERSON, knowingly used, carried, and discharged a firearm during and in relation to a crime of violence for which they may be prosecuted in a court of the United States, that is, attempted murder in aid of racketeering, as charged in Count 8 of the Indictment, and aided and abetted the same.

This is a violation of Title 18, United States Code, Sections 924(c)(1)(A)(iii) and 2.

**THE GRAND JURY FURTHER CHARGES:**

**COUNT 10**
**(Felon in Possession of Ammunition)**

On or about May 10, 2020, in the Southern District of Iowa, the defendant, YURI PERREN GREEN, JUNIOR, also known as, "YG", in and affecting commerce, knowingly possessed ammunition, namely: three, R.P 45 auto, .45 caliber ammunition casings. At the time of the offense, the defendant knew he had been convicted of a crime punishable by imprisonment for a term exceeding one year.

This is a violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(2).

**THE GRAND JURY FURTHER CHARGES:**

**COUNT 11**
**(Possession of a Firearm**
**with a Removed, Altered, or Obliterated Serial Number)**

On or about May 14, 2020, in the Southern District of Iowa, the defendant, **FABRECE JAMAR BOWER TURNER**, also known as "Fab" and "Vell", knowingly possessed a firearm from which the manufacturer's serial number had been removed, altered, and obliterated, namely: a loaded Hi-Point, model C9, nine-millimeter pistol. The firearm had been shipped and transported in interstate commerce.

This is a violation of Title 18, United States Code, Sections 922(k) and 924(a)(1)(B).

**THE GRAND JURY FURTHER CHARGES:**

**COUNT 12**
**(Attempted Murder in Aid of Racketeering)**

Paragraphs 1 through 5 of the Introduction of this Indictment are incorporated herein.

On or about December 16, 2020, in the Southern District of Iowa, for the purpose of maintaining and increasing position in the OTB Street Gang, an enterprise engaged in racketeering activity, the defendant, YURI PERREN GREEN, JUNIOR, also known as "YG", together with others known and unknown to the Grand Jury, did attempt to murder D.C. and Y.F., in violation of Iowa Code, Sections 707.11 and 703.1, and aided and abetted the same.

This is a violation of Title 18, United States Code, Sections 1959(a)(5) and 2.

**THE GRAND JURY FURTHER CHARGES:**

**COUNT 13**
**(Use, Carry, and Discharge a Firearm**
**During and In Relation to a Crime of Violence)**

On or about December 16, 2020, in the Southern District of Iowa, the defendant, YURI PERREN GREEN, JUNIOR, also known as "YG", knowingly used, carried, and discharged a firearm during and in relation to a crime of violence for which he may be prosecuted in a court of the United States, that is, attempted murder in aid of racketeering, as charged in Count 12 of the Indictment, and aided and abetted the same.

This is a violation of Title 18, United States Code, Sections 924(c)(1)(A)(iii) and 2.

**THE GRAND JURY FURTHER CHARGES:**

## COUNT 14
### (Felon in Possession of Firearms)

From on or about December 16, 2020, and continuing until on or about December 20, 2020, in the Southern District of Iowa, the defendant, YURI PERREN GREEN, JUNIOR, also known as "YG", in and affecting commerce, knowingly possessed a firearm, namely, one or more of the following: a KelTec, model Sub-2000, .40 caliber rifle, with serial number FFQ243; and a loaded Glock, model 22, .40 caliber pistol, with serial number PNE591. At the time of the offense, the defendant knew he had been convicted of a crime punishable by imprisonment for a term exceeding one year.

This is a violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(2).

**THE GRAND JURY FURTHER CHARGES:**

**COUNT 15**
**(Tampering with a Witness)**

On or about January 21, 2021, in the Southern District of Iowa, the defendant, YURI PERREN GREEN, JUNIOR, knowingly used intimidation, threatened, or corruptly persuaded M.H., or attempted to do so, or engaged in misleading conduct toward M.H., with the intent to influence, delay, prevent, and cause or induce her to withhold her testimony in an official proceeding; or with the intent to cause or induce her to be absent from an official proceeding to which she had been summoned by legal process.

This is a violation of Title 18, United States Code, Section 1512(b)(1) and 1512(b)(2).

THE GRAND JURY FINDS:

## NOTICE OF FORFEITURE

Upon conviction for the offense(s) alleged in Counts 2, 3, 5, 6, 7, 9, 10, 11, 13, and/or 14 of this Indictment, the defendants, RAEKWON MALIK PATTON, also known as "Kwon" and "Nutt", FABRECE JAMAR BOWER TURNER, as known as "Fab" and "Vell", BRADEN CRAIG SHAFER, also known as "Stickup", and YURI PERREN GREEN, JUNIOR, also known as "YG", shall forfeit to the United States, pursuant to Title 18, United States Code, Section 924(d), and Title 28, United States Code, Section 2461(c), all firearms, magazines, and ammunition involved in the commission of said offense(s), including, but not limited to, the firearms and ammunition identified in Counts 2, 3, 5, 6, 7, 9, 10, 11, 13, and 14 of this Indictment.

This is pursuant to Title 18, United States Code, Section 924(d) and Title 28, United States Code, Section 2461(c).

A TRUE BILL.

FOREPERSON

Richard D. Westphal
Acting United States Attorney

By: *(signature)*
Kristin M. Herrera
Ryan W. Leemkuil
Assistant United States Attorneys