# GOVERNMENT SENTENCING EXHIBIT

USA v. Braden Craig Shafer

Also Known As Stickup

## 4:21-CR-075

CD Containing:

GX1