To whom it may concern,

My name is Alexandria Bartel, and I am writing this letter on behalf of my younger brother Braden Shafer. I would like to submit a request for leniency on Bradens' charges.

Braden and I are separated by many years, and grew up in different states. During my childhood I would often visit the state of Iowa, but due to being estranged it was difficult to build a proper relationship with one another. I recall Braden being a brilliant child; full of wonder, outstandingly sincere, and very open with his emotions.

Entering young adulthood I visited less frequently, but we remained in contact via phone calls, and social media. Braden had confided in me multiple times about issues he was having in his home, and school life. Our communications had become deterred, and Braden began to be involved in a lot of mischief.

Shortly after his mother made contact with me, and she provided me with concerning information about Bradens well being. She requested that I take temporary custody of him, because he had become extremely troubled, and was too much for her to handle. I shared with her my opinion of the situation, and told her I didn't believe that would be in the best interest for Braden. Being as I was pregnant at the time, and lived in a city that is well known for crime.

Ultimately she decided that I was selfish, and ceased all communications. I've often looked back on the situation, and wondered if the things she said to me were true. I truly believe that the actions performed by Braden at this time were his way of lashing out for attention, and help with the underlying issues he had mentioned to me before.

It's my belief that Braden never received the proper type of counseling, and treatment he needed to help deal with all the emotions, and situations he found himself in. Instead Braden got mixed in with a bad crowd, and began to perform criminal activities. During his participation in multiple boys homes Bradens character evolved to fit in with the people around him, and he was no longer the sweet, loving child that I remembered.

Upon moving to Iowa, and attempting to re-establish the relation we had; I quickly realized the massive differences in his character. He had become very cold, said extremely unflattering things, and overall had a very negative attitude. Having a small child I choose to distance myself due to his inability to show any kindness, and his lack of an intellectual filter.

After Bradens extensive surgeries he became a patient with On With Life, and I started to become more involved in his life. It was easy to see that the amount of damage his brain had received was very significant. He didn't have that solid cold exterior anymore. Through conversation with him I was able to identify that he now becomes confused very easily, can easily be manipulated, lacks the proper decision making abilities, and has a childlike mindset.

After Braden was released from Polk County Jail he went to live under the care of our uncle, and his wife. During that time I would visit quite frequently. I would bring him snacks, and assist with his care while I was there. Braden wishes for others to believe he is capable of completing mundane tasks; when in reality he requires a lot of assistance.

Having knowledge of reflexology I began to assist him in simple muscle movements, and essentially helped him perform physical therapy. While I am no expert it is to my beliefs that with the proper care, and treatment plan one day Braden would be able to operate his left arm, and be able to walk again.

While I don't wish to have made any excuses, or justify any of the herrends crimes committed by my brother, I am extremely concerned for his well being. I fear that with him being incarcerated in a facility for such a substantial amount of time he wont receive the care he needs to be rehabilitated.

I personally would like to see him being placed into a healthcare facility that can properly assist him in his needs. One that will focus on physical therapy while also providing mental strength training. While providing him with the counseling, and anger management skills that he should have received long ago. I can not change the past, but I do hope that I can help provide him with a better future.

Thank you for taking the time to read my letter, and allowing my voice to be heard.

Best Regards,
Alexandria Bartel.
(850)294-5518

Judge Ebinger

I Brade Craig Shafer's father would like to ask to please have Mercy on my Son at Sentencing. I beleive that him being Crippled and Unable to care for his own self is a life Sentence in its Self. I understand you have to hand down some Sort of Punishment.

He is a good Kid! He played Baseball, Basketball, Football and Wrestling All threw School. And he was good at them all. I beleive he got in with the wrong group of Kids. And he will forever pay for that. I beleive he would be great with Advocating other younger Kids As a speaker in Schools. Anything like that.

He's truely a Very Caring and fun loving Kid. And very good with younger Kids, and the Elderly. He always was right there to help out.

Sincely
Steven Craig Shafer Jr

To the Judge Ebinger

Braden puts his heart in to everything he Does he Loves his sports his work and, far as his out going ness as far as his Love for Fishing Camping + social life he gets along with everyone and showes that, he wont to learn about everything he puts his mind + heart, into what he is Being showed and told about. I Beleve in saying this that, in time that Braden will go a long way in his life.

Sincerly James C Earley Jr

Judge Ebinger,

    I'm Peggy Allen Braden Craig Shafer's grandmother. Braden and I have a close relationship. He spent alot of time with me and was always respectful + well behaved boy.

    Braden got mixed up with some bad people. Because of that he got involved in bad behavior in which he ended up shot in the head. Due to the injuries in his brain he is paralyzed on his left side. He also has seizures. There are bullet fragments still in his head that can't be removed. He is wheel chair bound for the rest of his life.

    Braden is being punished everyday dealing with the health issues he now faces. He regrets his choices that got him shot + paralyzed. He wishes he had made better choices and is very sorry for his behavior.

    I hope you take this in consideration when sentencing him and give him some leniency.

                  Thank You
                    Sincerely
                    Peggy Allen

January 12, 2022

Dear Judge Ebinger,

My name is Jacobe Shafer. I am Braden Shafer's cousin. Braden and I grew up together, we were hardley apart. Braden was never a bad kid, who got mixed up in the wrong crowd of people. Braden has made his mistakes and the last one costed him not only his freedom but his left side of his body being paralyzed, wheelchair bound, and numerous seizures. Braden I believe, truly regrets all his decisions he has made that changed his life forever. He is a family man. The love he has for his family is indescribable. Our grandma Peggy has always tried to keep his head in the right place and she may not be around in 15+ years to be able to see him again. As an entire family of Braden we are all worried we may never see him again. My dad which is Braden's uncle recently had a massive heart attack caused by stress in his life and Braden's care being one of them. He took care of all of his needs after being shot when he came home for several months. We all worry if he's getting the proper care he needs. I feel in my heart that Braden has faced enough consequences that he will have for the rest of his life. Him being here and alive is a miracle after what he's been through. I hope you take this into consideration when you decide on his sentencing as he's going to face lifelong challenges.    Thank you sincerely,
Jacobe Shafer

1/13/22

Dear Judge, Judges Braden Shafer is my big brother hes been in and out of lock up since I was 8 years old im now 14 a teenager I barely know my brother 8 years old and all I can remeber is him babysitting me he was locked up until I was 8 I can't tell you much and honstly I don't remeber anything im now 14 in my teen years Im not telling you that what he did was okay what he did was worse then bad he made other familes feel like we did when he got shot and even worse all I tring to tell you is please don't make me lose more years off of him I just want to see him out of lock up again I miss him so much I miss him making me breckfest or doing my laundry, dishes talking to me I miss being able to facetime talking about my problems asking him about my math problems I miss him actually being there tho I can't see it clearly

Braden's little sister - Marci Burke

To Whom this may concern,

How do I even write this letter to you... without it sounding like a victim impact statement.... with me being my sons victim... and when I say I was his victim.... I mean this whole experience.... How do I beg you to go easy on me, while holding my son accountable. May 10, 2020.... It was Mothers Day of all days.... My son's friend called me and told me he thinks he got shot.... I called every hospital in DesMoines.... they couldnt tell me anything until DesMoines P.D. called me....

My son had been shot twice in the head... on Mothers Day... one bullet grazed him and the other bullet will forever remain in his head... and he is now paralyzed on his left side, I don't know that he will ever walk again... Its been a long almost 2 yrs.... Mentally and emotionally...,..

⟹

To Whom this may concern,

How do I even write this letter to you... without it sounding like a victim impact statement.... with me being my sons victim... and when I say I was his victim.... I mean this whole experience.... How do I beg you to go easy on me, while holding my son accountable.

May 10, 2020.... It was Mothers Day, of all days.... My son's friend called me and told me he thinks he got shot.... I called every hospital in DesMoines.... they couldnt tell me anything until DesMoines P.D. called me....

My son had been shot twice in the head... on Mothers Day... one bullet grazed him and the other bullet will forever remain in his head... and he is now paralyzed on his left side, I dont know that he will ever walk again... Its been a long almost 2 yrs.... Mentally and emotionally....

⟶